AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.

V.

REHAB CONSTRUCTION SYSTEMS, INC.

CASE NUMBER: 08CV2513

ASSIGNED JUDGE: JUDGE DARRAH
MAGISTRATE JUDGE BROWN

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

REHAB CONSTRUCTION SYSTEMS, INC.
c/o Mary Steward, registered agent
3931 S. PRAIRIE
CHICAGO, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID P. LICHTMAN
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

(By) DEPUTY CLERK

May 2, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/03/08 |
| NAME OF SERVER *(PRINT)* Secretary of State | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XX Other (specify):    Affidavit of Compliance for Service on Secretary of State

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                          *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 5950-4819 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JUN 0 3 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br><br>Date:<br><br>Filing Fee: $10<br><br>Approved: Bon |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Trustees of the Chicago Regional Council    first named plaintiff
                      v.
   Rehab Construction Systems, Inc.            first named defendant

   Number  08cv2513

2. Name of corporation being served: Rehab Construction Systems, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: U.S. District Court
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
        Month & Day                Year
        of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____ .
        Month & Day        Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Mary Steward, Reg. Agt., 3931 S. Prairie, Chicago, IL 60653

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _David Lichtman_                    May 27              2008
   Signature of Affiant                 Month & Day          Year

   ( 312 )    251-9700
   Telephone Number

**Return to (please type or print clearly):**

David P. Lichtman
Name
111 E. Wacker Dr., Suite 2600
Street
Chicago, IL   60601
City/Town       State       ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10