## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 2513 | **DATE** | July 2, 2008 |
| **CASE TITLE** | Trustees of the Chicago Reg. Council of Carpenters Pension Fund v. Rehab Const. Sys., Inc. | | |

**DOCKET ENTRY TEXT:**

Status hearing scheduled for July 2, 2008 at 9:00 a.m. is re-set to September 10, 2008 at 9:00 a.m.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | nm |