# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number: 08 C 2513

Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.
v.
Rehab Construction Systems, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rehab Construction Systems, Inc., Defendant

| | |
|---|---|
| NAME (Type or print)<br>Todd A. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Todd A. Miller | |
| FIRM<br>Allocco, Miller & Cahill, P.C. | |
| STREET ADDRESS<br>3409 N. Paulina Street | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60657 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6216561 | TELEPHONE NUMBER<br>(773) 868-4841 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐